**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **All Cases in Exhibit A** |

**ORDER**

In the cases listed below, I entered orders in March and April of 2010 that severed the multi-plaintiff cases and directed the remaining plaintiff to "within 40 days of the date of this Order . . . cure the complaint to remove any unnecessary defendants."

From spot checking the cases, it appears that no (or few, if any) complaints have been amended at all and almost all have plainly unnecessary Defendants.

Unless properly amended and substituted complaints are conventionally filed by 5 p.m., Monday, November 15, 2010, each case will be dismissed with prejudice.

IT IS SO ORDERED this 3rd day of November, 2010.

/s/ Wm. R. Wilson, Jr.____________
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Case | Number |
|---|---|
| Connor, et al v. Wyeth Inc, et al | 4:03-cv-00711-WRW |
| Bland, et al v. Wyeth Inc, et al | 4:03-cv-00741-WRW |
| Sheppard, et al v. Wyeth Pharmaceutical, et al | 4:04-cv-00025-WRW |
| Burnett, et al v. Wyeth Pharmaceutical, et al | 4:04-cv-00340-WRW |
| Bosworth, et al v. Wyeth, et al | 4:04-cv-00939-WRW |
| Buttner, et al v. Wyeth, et al | 4:04-cv-00969-WRW |
| Angle, et al v. Wyeth, et al | 4:04-cv-00973-WRW |
| Charnofsky, et al v. Wyeth, et al | 4:04-cv-01052-WRW |
| Alexander, et al v. Wyeth, et al | 4:04-cv-01223-WRW |
| Bornstein, et al v. Wyeth, et al | 4:04-cv-01292-WRW |
| Banas et al v. Wyeth et al | 4:04-cv-01308-WRW |
| Conwell et al v. Wyeth et al | 4:04-cv-01323-WRW |
| Connally et al v. Wyeth et al | 4:04-cv-01369-WRW |
| Chambers, et al v. Wyeth, et al | 4:04-cv-01387-WRW |
| Alberta, et al v. Wyeth, et al | 4:04-cv-01390-WRW |
| Malfitano v. Wyeth, et al | 4:04-cv-01401-WRW |
| Joiner, et al v. Wyeth, et al | 4:04-cv-01406-WRW |
| Davis, et al v. Barr Laboratories, et al | 4:04-cv-01444-WRW |
| Agar, et al v. Wyeth, et al | 4:04-cv-01447-WRW |
| Asnip, et al v. Wyeth, et al | 4:04-cv-01471-WRW |
| Barnett, et al v. Wyeth, et al | 4:04-cv-01504-WRW |
| Geisler, et al v. Wyeth, et al | 4:04-cv-01533-WRW |
| Boren, et al v. Davis, et al | 4:04-cv-01535-WRW |
| Cox, et al v. Wyeth, et al | 4:04-cv-02269-WRW |
| Posey et al v. Wyeth et al | 4:05-cv-00206-WRW |
| Dargis, et al v. Wyeth, et al | 4:05-cv-00389-WRW |
| Danos, et al v. Wyeth, et al | 4:05-cv-00455-WRW |
| Paquin, et al v. Wyeth, et al | 4:05-cv-00598-WRW |
| Balter, et al v. Wyeth, et al | 4:05-cv-00606-WRW |
| Alford, et al v. Wyeth, et al | 4:05-cv-00828-WRW |
| Ambrose, et al v. Wyeth, et al | 4:05-cv-00829-WRW |
| Hull, et al v. Wyeth, et al | 4:05-cv-00860-WRW |
| Benton et al v. Wyeth Pharmaceuticals Inc et al | 4:05-cv-01064-WRW |
| Biggs et al v. Wyeth et al | 4:05-cv-01407-WRW |
| Bowling et al v. Wyeth et al | 4:05-cv-01433-WRW |
| Vandergrift et al v. Wyeth Pharmaceuticals Inc et al | 4:05-cv-01677-WRW |
| Watson et al v. Wyeth et al | 4:06-cv-00070-WRW |
| Murphy et al v. Wyeth et al | 4:06-cv-00071-WRW |
| Robinson et al v. Wyeth et al | 4:06-cv-00237-WRW |
| Miller et al v. Wyeth et al | 4:06-cv-00423-WRW |

| | |
|---|---|
| Elkins et al v. Wyeth et al | 4:06-cv-00462-WRW |
| Dunlap et al v. Wyeth et al | 4:06-cv-00623-WRW |
| Handshy et al v. Wyeth et al | 4:06-cv-00631-WRW |
| Adams et al v. Wyeth et al | 4:06-cv-00633-WRW |
| Arnold et al v. Wyeth et al | 4:06-cv-00645-WRW |
| Belote et al v. Wyeth et al | 4:06-cv-00696-WRW |
| Guillot et al v. Wyeth et al | 4:06-cv-00697-WRW |
| Hubbard et al v. Wyeth et al | 4:06-cv-00726-WRW |
| Coburn et al v. Wyeth et al | 4:06-cv-00774-WRW |
| Farist et al v. Wyeth et al | 4:06-cv-00787-WRW |
| Flint et al v. Wyeth et al | 4:06-cv-00793-WRW |
| Chappell et al v. Wyeth et al | 4:06-cv-00797-WRW |
| Massey et al v. Wyeth et al | 4:06-cv-00799-WRW |
| Hughes et al v. Wyeth et al | 4:06-cv-00802-WRW |
| Smith et al v. Wyeth et al | 4:06-cv-00805-WRW |
| Peterson et al v. Wyeth et al | 4:06-cv-00809-WRW |
| Bechel et al v. Wyeth et al | 4:06-cv-00856-WRW |
| Freeman et al v. Wyeth et al | 4:06-cv-00857-WRW |
| Ackerman et al v. Wyeth Inc et al | 4:06-cv-00869-WRW |
| Pritchett et al v. Wyeth et al | 4:06-cv-00914-WRW |
| Erickson et al v. Wyeth et al | 4:06-cv-01047-WRW |
| Bell et al v. Wyeth et al | 4:06-cv-01051-WRW |
| Bodganski et al v. Wyeth et al | 4:06-cv-01069-WRW |
| Cordo et al v. Wyeth et al | 4:06-cv-01085-WRW |
| Altschuler et al v. Wyeth et al | 4:06-cv-01088-WRW |
| Lawrence et al v. Wyeth et al | 4:06-cv-01096-WRW |
| Barth et al v. Wyeth et al | 4:06-cv-01113-WRW |
| Ayers et al v. Wyeth et al | 4:06-cv-01116-WRW |
| Chetta et al v. Wyeth et al | 4:06-cv-01130-WRW |
| Herbert et al v. Wyeth et al | 4:06-cv-01155-WRW |
| Mitchell et al v. Wyeth et al | 4:06-cv-01346-WRW |
| Darby et al v. Wyeth et al | 4:06-cv-01367-WRW |
| Armato et al v. Wyeth et al | 4:06-cv-01419-WRW |
| Newman et al v. Wyeth et al | 4:06-cv-01422-WRW |
| Baker et al v. Wyeth et al | 4:06-cv-01452-WRW |
| Balis et al v. Wyeth et al | 4:06-cv-01506-WRW |
| Vara et al v. Wyeth et al | 4:07-cv-00188-WRW |
| Lucius et al v. Wyeth Inc et al | 4:08-cv-02905-WRW |